**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>(1) JUAN R. PEDRO VIDAL,<br>(2) LUIS OMEL PEDRO,<br>(3) JUAN L. PEDRO VIDAL,<br>(4) JOSE E. CRUZ-PINERO,<br>(5) RAFAEL E. MARCANO-RODRIGUEZ,<br>(6) JOSE RENE RIOS-FUENTE,<br>Defendants | CRIMINAL NO. 16-778(GAG) |

**JOINT MOTION IN COMPLIANCE REGARDING DISCOVERY**

TO THE HONORABLE
GUSTAVO GELPI
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW**, the defendants, JUAN R. PEDRO VIDAL, LUIS OMEL PEDRO, JUAN L. PEDRO VIDAL, JOSE E. CRUZ-PINERO, RAFAEL E. MARCANO-RODRIGUEZ, and JOSE RENE RIOS-FUENTE, through the undersigned counsel and respectfully state the following regarding discovery in the above-captioned matter:

1. During a Status Conference held on March 22, 2017, counsel for the defendants represented at the hearing requested that the government compile a Master List of Bates-stamped discovery, in order to be able to adequately and appropriately

**Criminal No. 16-778(GAG)**               2

identify the items provided, as well as to facilitate the creation of a permanent record of all discovery produced during this litigation.

2. Furthermore, counsel requested that, with the exception of each defendant's prior record and any statements provided by individual defendants, the rest of the discovery produced pursuant to Fed. R. Crim. P. 16 along with other applicable laws and statutes, should be provided to all defendants.

3. Defense counsel consented to this method of disclosure in open court, but the Court has requested all counsel consent in writing as well. This Motion in Compliance serves as that consent: subscribing counsel agree that, with the exception of each defendant's prior record and any statements provided by individual defendants, any items disclosed during discovery should be disclosed to all defendants.

**WHEREFORE,** it is respectfully requested that this Court take notice of the consent of all counsel to the procedure described above.

**IT IS CERTIFIED** that a copy of this motion has been electronically filed and served upon all attorneys of record.

**Criminal No. 16-778(GAG)**                3

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, March 24, 2017.

STEVEN M. POTOLSKY

/s/ Steve Potolsky
Attorney for Juan R. Pedro Vidal
100 SE 2nd Street #3550
Miami, FL 33131
Tel: 305-530-8090
Fax: 305-358-5917
stevepo@bellsouth.net

ERIC A. VOS,
FPD, District of Puerto Rico

/s/ John Connors
Assistant Federal Public Defender
USDC - G01305
Attorney for Juan R. Pedro Vidal
Patio Gallery Building
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2305
Phone No. (787) 281-2441
John_Connors@fd.org

ERIC A. VOS,
FPD, District of Puerto Rico

/s/ Joannie Plaza-Martínez
Assistant Federal Public Defender
USDC-PR 215604
Attorney for Juan R. Pedro Vidal
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2305
Tel. (787) 281-2441
Joannie_Plaza@fd.orgJoannie

**Criminal No. 16-778(GAG)**                4

| | |
|---|---|
| FRANCISCO REBOLLO-CASALDUC | WILFREDO DIAZ-NARVAEZ |
| /s/ Francisco Rebollo-Casalduc<br>USDC - 205603<br>Attorney for Luis Omel Pedro<br>P.O. Box 195571<br>San Juan, PR 00919<br>Tel: 787-765-0505; 362-0811<br>Fax: 787-765-0585<br>Email: rebollolaw@gmail.com | /s/ Wilfredo Diaz-Narvaez<br>USDC No. 215211<br>Attorney for Luis Omel Pedro<br>P.O. Box 31270<br>San Juan, PR 00929-2270<br>Tel: 787-759-7269<br>Fax: 787-753-4598<br>Email: attwdn@hotmail.com |
| KEHYLIS Y. VAZQUEZ-TORRES | VICTOR A. RAMOS-RODRIGUEZ |
| /s/Kehylis Y. Vazquez-Torres<br>USDC - 303701<br>Attorney for Luis Omel Pedro<br>1353 Luis Vigoreaux Ave.<br>PMB 738<br>Guaynabo, PR 00966<br>Tel: 787-240-8196<br>Email: kvazquezlaw@gmail.com | /s/ Victor A. Ramos Rodriguez<br>USDC - 130202<br>Attorney for Luis Omel Pedro<br>P.O. Box 9465<br>Plaza Carolina Station<br>Carolina, PR 00988-9465<br>Tel: 787-753-4241<br>Fax: 787-758-7189<br>Email: abogpr@aol.com |
| JEAN D. BARRETT | RACHEL BRILL |
| /s/ Jean D. Barrett<br>Attorney for Juan L. Pedro Vidal<br>Ruhnke & Barrett<br>47 Park Street<br>Montclair, NJ 07042<br>Tel: (973)744-1000<br>Fax: (973)746-1490<br>jeanbarrett@ruhnkeandbarrett.com | /s/ Rachel Brill<br>USDC No. 204803<br>Attorney for Juan L. Pedro Vidal<br>263 Domenech Avenue<br>San Juan, PR  00918<br>Tel. (787) 753-6131<br>Fax (787) 753-7053<br>rabrill@gmail.com |

**Criminal No. 16-778(GAG)**              5

| | |
|---|---|
| JOHN R. MARTIN | LYDIA LIZARRIBAR-BUXO |
| | |
| /s/John R. Martin | /s/ Lydia Lizarribar-Buxo |
| Attorney for JOSE E. CRUZ-PINERO | USDC No. 124301 |
| Martin Brothers PC | Attorney for JOSE E. CRUZ-PINERO |
| 44 Broad St. N.W., Suite 202 | G-14 O'Neill St., Suite A |
| Atlanta, GA 30303 | San Juan, PR 00918 |
| Tel: (404) 522-0400 | Tel: 787-250-7505 |
| Fax: (404) 223-6467 | Fax: 787-758-4512 |
| Email: jack@martinbroslaw.com | Email: lizarribarlaw@gmail.com |
| | |
| CHRISTOPHER W. ADAMS | FRANCISCO J. ADAMS-QUESADA |
| | |
| /s/ Christopher W. Adams | /s/ Francisco J. Adams-Quesada |
| Attorney for RAFAEL E. MARCANO | Attorney for RAFAEL E. MARCANO |
| 102 Broad Street | USDC - 222507 |
| Suite C | P.O. Box 361252 |
| Charleston, SC 29401 | San Juan, PR 00936-1252 |
| Tel: 843 577-2153 | Tel: 787-598-9543 |
| Fax: 877 883-9114 | Email: fjadamsquesada@gmail.com |
| Email: adams.c@me.com | |
| | |
| GARY E. PROCTOR | JOSE R. AGUAYO |
| | |
| /s/ Gary E. Proctor | /s/ Jose R. Aguayo |
| Attorney for JOSE R. RIOS-FUENTE | USDC No. 123301 |
| 8 E. Mulberry Street | Attorney for JOSE R. RIOS-FUENTE |
| Baltimore, MD 21202 | 569 Tn. Cesar Gonzalez St. |
| Tel: 410-444-1500 | San Juan, PR 00918 |
| Fax: 866-230-4455 | Tel: 787-765-0814 |
| Email: garyeproctor@gmail.com | Fax: 787-274-0071 |
| | Email: joseaguayo@gmail.com |